## CAMPBELL v. STATE.
### No. 23586.

Court of Criminal Appeals of Texas.
Feb. 12, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for driving while intoxicated; the punishment, a Fifty Dollar fine.

The proceedings are regular and the record is brought forward without a statement of facts or bills of exception. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.